**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, )<br>   )<br>   Plaintiff, )<br>   )<br>   v. )   Case No. 1:25-cv-02978-RJL<br>   )<br>JOHN ROE, *et al.*, )<br>   )<br>   Defendants. ) | |

**[Proposed] ORDER**

**UPON CONSIDERATION** of Plaintiff's Motion to Seal and for Leave to Filed Corrected Complaint, and the entire record herein, it is:

**ORDERED** that the original Complaint (ECF No. 1) shall remain permanently sealed; it is further

**ORDERED** that Plaintiff shall file a corrected version of the Complaint, substituting the pseudonym John Roe in place of Defendant's name, within five (5) days of the entry of this Order.

Entered this _____ day of _____, 2025.

_____
Honorable Judge Leon