### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, )<br>　　　　Plaintiff, )<br>　　v. )　Case No. 1:25-cv-02978-RJL<br>JOHN ROE, *et al.*, )<br>　　　　Defendants. ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that Warren Bianchi, Esq., is withdrawing his appearance as counsel of record for Plaintiff, Jane Doe, in the above-styled action. Kevin Carroll of Mark S. Zaid, P.C. will remain as lead counsel for Plaintiff.

Dated: February 12, 2026　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Warren G. Bianchi*
　　　　　　　　　　　　　　　　　　Warren G. Bianchi, DC Bar No. 1021479
　　　　　　　　　　　　　　　　　　**Fluet**
　　　　　　　　　　　　　　　　　　1751 Pinnacle Drive, Suite 1000
　　　　　　　　　　　　　　　　　　Tysons, Virginia 22102
　　　　　　　　　　　　　　　　　　T: (703) 590-1234
　　　　　　　　　　　　　　　　　　F: (703) 590-0366
　　　　　　　　　　　　　　　　　　wbianchi@fluet.law
　　　　　　　　　　　　　　　　　　e-file@fluet.law

　　　　　　　　　　　　　　　　　　*/s/ Kevin T. Carroll*
　　　　　　　　　　　　　　　　　　Kevin T. Carroll, DC Bar No. 1021479
　　　　　　　　　　　　　　　　　　**Mark S. Zaid P.C.**
　　　　　　　　　　　　　　　　　　1250 Connecticut Ave., NW, Ste. 700
　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　T: (718) 791-5761
　　　　　　　　　　　　　　　　　　kevin@markzaid.com

　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 12, 2026, I caused the foregoing to be served on all counsel of record for the Defendants via CM/ECF.

>                /s/ Warren G. Bianchi
>                Warren G. Bianchi, Esq.