**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JANE DOE, Plaintiff, | ) | |
| v. | ) | Civil Case No. 25-2978 (RJL) |
| JOHN ROE, *et al.*, Defendants. | ) | |

**ORDER**
(September 24th, 2026) [Dkt. #13]

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that defendant's Motion to Dismiss [Dkt. #13] is **GRANTED IN PART** as to Counts I, III, and IV, and **DENIED IN PART** as to Count II.

The parties are **FURTHER ORDERED** to file a joint status report within ninety days proposing next steps in the matter, including whether the parties believe it would be helpful to schedule a status conference and/or whether the case should be referred to a magistrate judge for a settlement conference.

**SO ORDERED.**

RJLeon

RICHARD J. LEON
United States District Judge